UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD OWENSBY,

    Plaintiff,

vs.

CITY OF DAYTON, *et al.*,

    Defendants.

Case No. 3:21-cv-343

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: (1) REFERRING THIS CASE FOR MEDIATION ONLY; (2) ORDERING THE PARTIES TO APPEAR FOR MEDIATION BEFORE UNITED STATES MAGISTRATE JUDGE PETER B. SILVAIN, JR.; AND (3) DIRECTING THE PARTIES TO CONTACT HIS CHAMBERS TO SCHEDULE MEDIATION ONCE ALL PARTIES HAVE APPEARED AND BEEN SERVED**

---

This civil case is before the Court after Plaintiff filed his complaint on December 29, 2021. Doc. No. 1. After reviewing the allegations set forth in the complaint, the Court believes that this matter is appropriate for mediation before United States Magistrate Judge Peter B. Silvain, Jr. Pursuant to 28 U.S.C. § 636(c), this case is hereby referred to Judge Silvain for purposes of mediation only. Thus, once counsel for Defendants have filed their notices of appearance and Defendants have been served, the Court **ORDERS** the parties to contact Judge Silvain's chambers to schedule an appearance before him for mediation.

    **IT IS SO ORDERED.**

  December 31, 2021                                /s Michael J. Newman
                                                                                Michael J. Newman
                                                                                United States District Judge