UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD OWENSBY,

    Plaintiff,

vs.

CITY OF DAYTON, *et al.*,

    Defendants.

Case No. 3:21-cv-343

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

### ORDER SETTING A PRELIMINARY PRETRIAL SCHEDULING CONFERENCE

Prior to mediation, the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **March 21, 2022**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

    **IT IS SO ORDERED.**

Date:   March 7, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at **http://www.ohsd.uscourts.gov/ohio-southern-district-forms**.