UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CLIFFORD OWENSBY,

    Plaintiff,                                        Case No. 3:21-cv-343

vs.

CITY OF DAYTON, *et al.*,                District Judge Michael J. Newman
                                                    Magistrate Judge Caroline H. Gentry

    Defendants.

_____

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER; AND (2) TO FILE A RULE 26(f) REPORT BY MARCH 21, 2022**
_____

Prior to mediation, the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **March 21, 2022**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

    **IT IS SO ORDERED.**

Date:  March 7, 2022                              s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at **http://www.ohsd.uscourts.gov/ohio-southern-district-forms**.