Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CLIFFORD OWENSBY, | : | CASE NO. 3:21-cv-343 |
| Plaintiffs, | : | Judge Michael J. Newman |
| | | Mag. Judge Caroline H. Gentry |
| vs. | : | |
| | | **AFFIDAVIT OF DAYTON** |
| CITY OF DAYTON, et al. | : | **POLICE OFFICER** |
| | | **CODY HARTINGS** |
| Defendants. | : | |
| | : | |
| | : | |

STATE OF OHIO        )
                     )  ss:
COUNTY OF MONTGOMERY )

Cody Hartings, after being duly cautioned and sworn, states the following:

1. I have personal knowledge of all information contained in this affidavit and I am competent to testify to all of the facts contained in this affidavit and to testify to all matters stated herein.

2. I am currently and have for over seven years been a police officer with the City of Dayton, Ohio.

3. On September 30, 2021, I was on-duty assigned to the Narcotics Bureau and was surveilling 1954 West Grand Ave., in Dayton, Ohio, which was a known drug house ("Drug House").

4. While surveilling the Drug House, I noticed a white Audi stopped in the middle of the street in front of the Drug House for an unusually long time.

5. I observed the driver of the vehicle, which I later learned was the Plaintiff, Clifford Owensby, communicating with several males that came back and forth from the Drug House and were leaning in the window of the Audi.

6. Based upon the activities that I saw, and the fact that they took place in front of a known drug house, I believed that illicit narcotics activity was

occurring and notified Officers Carter and Hammock to pull over the vehicle.

Further affiant sayeth naught.

_____
Cody Hartings

Sworn to before me, a Notary Public in and for the State of Ohio, and subscribed in the presence by Cody Hartings this 19th day of May 2023.

_____
Notary Public

JOHN C. MUSTO, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03 O. R. C.

2