IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CLIFFORD OWENSBY,** | : | Case No. 3:21-cv-343 |
| Plaintiff, | : | Judge Michael J. Newman<br>Magistrate Judge: Caroline H. Gentry |
| v. | : | |
| **CITY OF DAYTON, et al.,** | : | **STIPULATION OF DISMISSAL OF<br>ALL CLAIMS WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to Civ. R. 41(a), the parties hereby stipulate to the dismissal of all claims in this action with prejudice to refiling. Each party shall pay its own court costs.

Respectfully submitted,

**BARBARA J. DOSECK
CITY ATTORNEY**

*(signature)*
Clifford Owensby, *pro se*
*Plaintiff*

By: *(signature)*
Leonard J. Bazelak (#0064023)
Trial Attorney
Adam M. Laugle (#0092013)
Asst. City Attorney
City of Dayton Department of Law
101 West Third St., P.O. Box 22
Dayton, OH 45401
Phone: (937) 333-4105
Fax: (937) 333-3628
leonard.bazelak@daytonohio.gov
adam.laugle@daytonohio.gov
*Attorneys for Defendants
City of Dayton, Officer Wayne Hammock,
and Officer Vincent Carter*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Stipulation of Dismissal of Claims with Prejudice to Refiling was served on Counsel for all Parties of record, by filing a copy with the Clerk's ECF System, on this 21 day of September 2023.

*Leonard J Bazelak*
Leonard J. Bazelak (#0064023)
Trial Attorney
Adam M. Laugle (#0092013)
Asst. City Attorney